FILED
JUL 1 0 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SEBASTIAN GUTHERY,<br><br>        Defendant. | Case No. 23cr179-TWR<br><br>I N F O R M A T I O N<br><br>(Superseding)<br><br>18 U.S.C. § 542<br>Entry of Goods by Means of False Statements<br>18 U.S.C. §2<br>Aiding and Abetting |

The United States Attorney charges:

COUNT 1

On or about May 16, 2018, within the Southern District of California, defendant SEBASTIAN GUTHERY did enter and introduce, and attempted to enter and introduce, into the commerce of the United States, imported merchandise, to wit: kratom (*Mitragyna speciosa*), by means of any fraudulent or false invoice, declaration, affidavit, letter, paper, and by means of any false statement, written or verbal, and by means of any false or fraudulent practice, and makes any false statement in any declaration without reasonable cause to believe the truth of such statement, in violation of Title 18, United States Code, Sections 542 and 2.

DATED: July 6, 2023

RANDY S. GROSSMAN
United States Attorney

*Melanie K Pierson*

MELANIE K. PIERSON
Assistant U.S. Attorney