# EXHIBIT 1

## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview



---

**Investigation #:** 
**Investigation Name:** SEBASTIAN GUTHERY
**Date:** March 9, 2023
**Time:** Approximately 5:50 p.m. -5:59 p.m.
**Participant(s):** Maria Chevez, Witness
Benjamin C. Crilly, Special Agent
Rodger S. Kesster   Special Agent

**Location:** Witness Residence
Key West, FL 33040

On the above date and time Special Agents Keester and Crilly introduced themselves to Maria Chevez (Chevez) as Special Agents with the Internal Revenue Service – Criminal Investigation and provided credentials for her inspection. Chevez was informed that Special Agents were there to interview her daughter, Claudia Chevez (Claudia), as a witness in an ongoing investigation of SEBASTIAN GUTHERY (GUTHERY). Chevez agreed to answer questions. Special Agents informed Chevez that Claudia was not the subject of the investigation. Chevez provided the following pertinent information:

1. Name: Maria Chevez
   Phone:
   Address:                                          , Key West, FL 33040
   Occupation: Currently none and is recovering from a recent shoulder surgery.
   　　　　　Owner, 100 Miles to Cuba (Coffee Shop), 2005 to February 28, 2023.
   　　　　　Owner, Key West Cuban Coffee, Unknown to 2017

2. Chevez told special agents that Claudia is currently in Honduras. She went there to work at Hotel Guanaja located in East End, Guanaja, Honduras. Claudia is working at the hotel with her older sister, Gabriella Diaz-Valladares. Claudia was helping Chevez close her restaurant sometime in February 2023. Chevez would not say when Claudia last left the country for Honduras, but does expect Claudia to return to Key West, Florida in April.

3. Chevez stated that Claudia and GUTHERY were on and off again but had finally broken up for good and are not in contact with each other as far as she is aware. Chevez said that GUTHERY did not respect her daughter and therefore did not respect her as the mother. Chevez has no relationship with GUTHERY or his family. Chevez asked the special agents why they were not speaking to his family. She does not know them and had never met his family, but she believes he has a mother and father in Kansas.

4. Chevez has a third daughter Maria Valladares Chevez who is a college student in Gainesville, Florida.

Special Agents Keester and Crilly thanked Chevez for her time, provided her with a business card and asked her to relay the information to Claudia or contact them if she thought of any additional information. The interview was terminated at approximately 5:59 p.m.

I prepared this memorandum on March 13, 2023, after refreshing my memory from notes made during and immediately after the interview with Maria Chevez.

Benjamin C. Crilly
Special Agent

I certify that this memorandum has recorded in it a summary of all pertinent matters that occurred on March 8, 2022.

Rodger S. Keester
Special Agent