# Exhibit 5

Exhibit 5

**Kennedy, Julian**

| | |
|---|---|
| **Subject:** | RE: FDA Brady Request |

**From:** Pierson, Melanie (USACAS) <Melanie.Pierson@usdoj.gov>
**Sent:** Monday, November 27, 2023 11:29 AM
**To:** Young, Andrew <Andrew.Young@btlaw.com>; Orabona, Joseph (USACAS) <Joseph.Orabona@usdoj.gov>
**Cc:** La Bella, Chuck <CLaBella@btlaw.com>
**Subject:** [EXTERNAL] RE: FDA Brady Request

**Caution: This email originated from outside the Firm.**

We are not authorized to accept service on behalf of the FDA.

Respectfully,
AUSA Melanie Pierson

**From:** Young, Andrew <Andrew.Young@btlaw.com>
**Sent:** Monday, November 27, 2023 11:26 AM
**To:** Pierson, Melanie (USACAS) <MPierson@usa.doj.gov>; Orabona, Joseph (USACAS) <jorabona@usa.doj.gov>
**Cc:** La Bella, Chuck <CLaBella@btlaw.com>
**Subject:** [EXTERNAL] FDA Brady Request

Counsel,

Ahead of the January 11, 2024 evidentiary hearing on the alleged dangers of Kratom, I am making the following request on behalf of Mr. Guthery.  Given that the government is relying on the FDA's public statements regarding the alleged dangers of kratom to prove that it is a dangerous substance, I believe any documents in the FDA's possession that either support or undercut that narrative are discoverable. The specific requests are detailed below.   We also intend to issue a subpoena to the FDA covering the same materials listed below. We are taking this "belt and suspenders" approach given the limited timeline and in response to the government's previous motion to quash Mr. Guthery's subpoena to the FDA based, in part, on service alleged issues and *Touhy* regulations. Please note that the FDA's *Touhy* regulations specifically requests subpoenas for material that is covered by *Touhy* requests, and request service via email.  Nonetheless, if you foresee any issues, please let me know so we can address them. If you can accept service on the FDA's behalf, it would certainly streamline any issues. My goal is to get to the heart of the issue – whether Kratom is a dangerous substance – as quickly as possible so that this case can be brought to a close.

To that end, please produce any discoverable information, including *Brady* material, regarding:

1. All documents FDA reviewed or relied upon relating to its position that the consumption of Kratom will specifically cause any of the following individual health risks noted in the FDA's Import Alert 54-15:
   - respiratory depression;
   - nervousness;
   - agitation;
   - aggression;
   - sleeplessness;
   - hallucinations;

- delusions;
- tremors;
- loss of libido;
- constipation;
- skin hyperpigmentation;
- nausea;
- vomiting;
- sever withdrawal signs and symptoms

2. All documents stating, referencing or relating to the amount of Kratom that must be consumed before an individual could experience each of the specific health risks listed below that are identified in FDA's Import Alert 54-15:
   - respiratory depression;
   - nervousness;
   - agitation;
   - aggression;
   - sleeplessness;
   - hallucinations;
   - delusions;
   - tremors;
   - loss of libido;
   - constipation;
   - skin hyperpigmentation;
   - nausea;
   - vomiting; and,
   - sever withdrawal signs and symptoms.

3. All documents relied upon by FDA to support the statements on FDA's website, "FDA and Kratom" https://www.fda.gov/news-events/public-health-focus/fda-and-kratom, dated 7/21/2023, specifically including the following statements:
   - "Kratom is not appropriate for use as a dietary conventional supplement. FDA has concluded from available information, including scientific data, that kratom is a new dietary ingredient for which there is inadequate information to provide reasonable assurance that such ingredient does not present a significant or unreasonable risk of illness or injury and, therefore, dietary supplements that are or contain kratom are adulterated under section 402(f)(1)(B) of the FD&C Act. Further, FDA has determined that kratom, when added to food, is an unsafe food additive within the meaning of section 409; food containing an unsafe food additive, such as kratom, is adulterated under section 402(a)(2)(C)(i). Based on these determinations by FDA, kratom is not lawfully marketed as a dietary supplement and cannot be lawfully added to conventional food"
   - "In rare cases, deaths have been associated with kratom use, as confirmed by a medical examiner or toxicology reports. However, in these cases, kratom was usually used in combination with other drugs, and the contribution of kratom in the deaths is unclear"
   - "FDA is also aware of cases involving neonatal abstinence syndrome, in which newborns experienced withdrawal signs such as jitteriness, irritability, and muscle stiffness following prolonged exposure to kratom prior to birth."

4. All documents referencing or related to information that kratom does not present a serious risk of illness or injury.

5. All studies, research reports or data, whether published or not, and all documents related to such studies, research reports or data, analyzing or reviewing kratom, including any studies, research reports or data in which FDA has participated in or funded, in whole or in part.

6. All documentation or correspondence between and among FDA, the United States Department of Health and Human Services ("HHS"), National Institute of Health ("NIH") (including the National Institute of Drug Abuse) and Drug Enforcement administration ("DEA") discussing, referencing or relating to kratom's safety profile.

7. All documents referencing or relating to any analysis conducted or reviewed by FDA on any food products that impact the same receptors as opioids in the brain.

8. All documents referencing or relating to kratom's use as a food product in Southeast Asia.

9. The scientific information, history of use, or other evidence relied on by the FDA to determine that no form of kratom was marketed as or in a dietary supplement prior to October 15, 1994.

10. The scientific information, history of use, or other evidence relied on by the FDA to determine that there is no form of kratom that is present in the food supply in which the kratom has not been chemically altered.

11. The basis by which FDA has determined that all possible forms of kratom-derived dietary ingredients consumed, according to all possible conditions of use, are deemed adulterated under section 402(f) of the Act.

12. All documents relating to whether Kratom was marketed as or in a dietary supplement prior to October 15, 1994.

13. All documents relating to whether Kratom is present in the food supply in a form in which it has not been chemically altered.

Regards,
Andrew

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.